■ RONALD SCOFERO, JR., Appellant, v NICHOLAS J. YUNKER et al., Respondents. [847 NYS2d 491]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered August 25, 2006 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present— Hurlbutt, J.P., Martoche, Fahey, Peradotto and Green, JJ.